**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 02-1547

_____


HERBERT HAYES,

                                        Plaintiff - Appellant,

        versus


JACOBS ENGINEERING GROUP, INCORPORATED; J. E.
MERIT CONSTRUCTION; RON PULLIAM,

                                        Defendants - Appellees.


_____

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.   Paul Trevor Sharp,
Magistrate Judge.  (CA-00-63-1)

_____

Submitted:  September 23, 2002      Decided:  October 22, 2002

_____

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Herbert Hayes, Appellant Pro Se.  James Marion Powell, Lucretia
Smith Guia, HAYNSWORTH, BALDWIN, JOHNSON & GREAVES, L.L.C.,
Greensboro, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Herbert Hayes appeals the denial of his motion for a new trial after judgment was entered against him based upon a jury verdict in his employment discrimination action under 42 U.S.C. § 1981 (2000).[*]  We have reviewed the record and find no reversible error. We therefore affirm.  See Hayes v. Jacobs Eng'g Group Inc., No. CA-00-63-1 (M.D.N.C. Apr. 23, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) (2000).

2